# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00450-CV

**Rambod Charepoo, M. D., Appellant**

**v.**

**Jasmine Valdez, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-004721, THE HONORABLE CATHERINE A. MAUZY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Rambod Charepoo, M.D., and Appellee Jasmine Valdez have filed a joint motion to abate this appeal because the parties have reached an agreement to settle the underlying case. Accordingly, we grant the motion and abate this proceeding pending settlement. All deadlines will be tolled during the period of abatement. The parties shall submit either a status report concerning the status of the settlement or a motion to dismiss this appeal on or before August 24, 2026.

It is ordered on July 24.

Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated

Filed: July 24, 2026